# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Civil No. 4:18-CV-110 |
| | **COMPLAINT** |
| **Plaintiff,** | Claim for Debt |
| v. | |
| **LYNNETTE M. FISHER** | |
| **Defendant.** | |

COMES NOW, Plaintiff, United States of America through the undersigned counsel, and complains and alleges:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C. § 1345.

2. That the defendant, Lynnette M. Fisher , is a resident of the State of Iowa within the Court's jurisdiction.

3. That the defendant is indebted to the plaintiff in the principal amount of $37,507.40, plus interest on this principal computed at the rate of 5.5 percent per annum in the amount of $8,501.57 as of January 18, 2018, and interest continuing thereafter on this principal at the rate of 5.5 percent annum, until the date of judgment.  *See* Exhibit "A" attached hereto and incorporated herein.

PAGE 1 - COMPLAINT

4. Demand has been made upon the defendant by the plaintiff for the sum due but the amount due remains unpaid.

Wherefore, the plaintiff prays judgment against the defendant for the total of $46,008.97, inclusive of interest of $8,501.57 at 5.5 percent per annum on the principal of $37,507.40, which has accrued as of January 18, 2018, and will continue to accrue until date of judgment. Plaintiff further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment be at the legal rate until paid in full.

Dated this _11th_ day of April, 2018.

Marc Krickbaum
United States Attorney

//Bradley D. Price
Bradley D. Price
Assistant United States. Attorney
110 E. Court Ave., Suite 286
Des Moines, Iowa 50309
Telephone: (515) 473-9300
Facsimile Telephone: (515) 473-9292
Internet E-mail Address: bradley.price@usdoj.gov
Attorney for Plaintiff

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS #1 OF 1

                                                  Lynnette M. Fisher
                                                  Aka: Lynnette Fisher

                                                  Account No. XXXXX1340

I certify that U.S. Department of Education records show that the BORROWER named above is indebted to the United States in the amount stated below plus additional interest from 01/18/18.

On or about 03/13/09, the BORROWER executed a promissory note to secure a Direct Consolidation loan from the U.S. Department of Education. This loan was disbursed for $23,694.73 on 04/24/09 through 07/10/09 and $8,886.75 on 04/24/09 through 08/11/09 at 5.5% interest per annum. The loan was made by the Department under the William D. Ford Federal Direct Loan Program under Title IV, Part D of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087a et seq. (34 C.F.R. Part 685). The Department demanded payment according to the terms of the note, and the BORROWER defaulted on the obligation on 08/04/14.  Pursuant to 34 C.F.R. § 685.202(b), a total of $5,725.92 in unpaid interest was capitalized and added to the principal balance.

The Department has credited a total of $865.00 in payments from all sources, including Treasury Department offsets, if any, to the balance. After application of these payments, the BORROWER now owes the United States the following:

Principal:        $37,507.40
Interest:         $ 8,501.57

Total debt as of 01/18/18:     $46,008.97

Interest accrues on the principal shown here at the rate of $5.65 per day.

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on: 2-22-18

                                                  Loan Analyst
                                                  Litigation Support Unit

                                                  Philippe Guillon
                                                  Loan Analyst

                                                                                  Exhibit A